August 29, 2008

Mr. Donald Colleluori
Figari & Davenport, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
Mr. B. Daniel Berryman
Kirkley & Berryman, L.L.P.
100 N Forest Park, Blvd Suite 220
Fort Worth, TX 76102

RE: Case Number: 06-0247
 Court of Appeals Number: 02-04-00120-CV
 Trial Court Number: 141-190403-01

Style: ULICO CASUALTY COMPANY
 v.
 ALLIED PILOTS ASSOCIATION

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Thomas A. Wilder|
| | |
| |Ms. Stephanie |
| |Robinson |
| |Mr. Wade Caven |
| |Crosnoe |